UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARREN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0024 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion seeking leave to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 21) is granted;

2. Plaintiff's first amended complaint is dismissed;

3. Plaintiff is granted 30 days within in which to file a second amended complaint that complies with all of the terms of this court's May 3, 2018 screening order; and

/////
/////
/////
/////
/////

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr0024.mta