Case 2:18-cv-00024-TLN-CKD   Document 59   Filed 03/25/21   Page 1 of 4

FILED
MAR 25 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

DECLARATION

Case #: 2:18-CV-000

This declaration has no concern with respect to the lawsuit in the above entitled case # but is rather a Plea for help due to perpetual and very serious harrasment, abuse, mistreatment & Torture that the California Department of Corrections is putting me through. The allegations that I am going to make to you are going to seem insane & you probably wont believe any of it. The reality is that Im not insane at all and all assertions are true and if this Plea for help goes ignored it is feasable that someone may lose their life as a result.

Since my incarceration at CDCR they have allowed inmates to listen to me on audio equipment, they put all kinds of drugs in my food, I have been physically assaulted by Correctional Officers while handcuffed 3 times and on one occasion they broke my eye socket, They intentionally destroyed all of my legal documents, and now they are pumping gas's or drugs through my vent that not all are helping me, Some gas made me Stupid, Confused, gave me homosexual thoughts & tendencies including trying to get me to stick stuff up my rectum,

(1)

they are pumping gas's that are making me want to masterbate and they Placed hidden Surveillance Cameras inside my Cell to Watch me and are allowing inmates to listen at the Same time.

Now I will tell You why this is all going on. When I was on the Streets, my family thought I was insane ₹ got the County to hire Private investigators to follow me around to ensure public safety. When the Crime that allegedly happened in the Case that Im in Prison for now occurred, they O.R me after 5 days in Jail ₹ a few months later my family Called the D.A ₹ Persuaded him to file Charges. Because of the Surveillance by Private Investigators and false accusations that Im Crazy, it led to a massive Conspiracy against me in my Criminal matter on behalf of the entire County (for the Second time, See Case # 2:14-CV-3007 KJN Where I was framed by law enforcement) and because they thought I was a bad person.

Long Story Short after my family thought I was molded into a better person they Convinced the County to Persuade CDCR to place me under Surveillance to See. CDCR Obliged ₹

(2)

thats when the Perpetual harrasment began. It made me a target. I believe that the County was going to get me out & then Changed their minds based on observation, temperament & discrimination.

They since have allowed inmates to listen to me on audio equipment in various institutions including MCSP, HDSP, LAC & CHCF. After the Surveillance was initiated they thought I was insane & began Putting drugs inside my food While at HDSP then at LAC then here at CHCF. While at HDSP, I was assaulted While handcuffed on Suicide Watch for no reason. Then I was transfered to LAC where they ~~began to~~ Continued to allow inmates to listen to me on audio equipment and putting drugs in my food. Also during my stay at LAC I was escorted inside a gym by multiple Correctional Officers while handcuffed and beat and I was Knocked unconcious for a brief moment & they broke my orbital bone.

Now I'm at CHCF where they ~~focus~~ are allowing inmates to listen to me again While they Put drugs in my food, Pumping

(3)

gas's in my vent and are watching me on surveillance to see me engage in sexual acts.

I will now explain why they made me stupid (but temporarily because they gave my intelligence back). They gave me that stuff because when I was at HDSP, they gave me something in my food that hurt me and I said "You gave me CEA Stupid gas" and I think they wanted to see if I thought the government was going to make me stupid. They also pumped gas in my vent to confuse me but I think that was to mess with me. They also placed a hidden camera in my cell and pumped gas to try to get me to stick stuff up my rectum and masterbate. The reason is because there were rumors on the streets that I was gay and my family thought thats maybe why I wanted to kill someone so they wanted to be sure. I believe they also are putting hormones in my food.

The fact of the matter is that these assertions are true & I need F.B.I. to come in here immediatly & if they dont it is very feasable that a mass school shooting will occur.

(4)