UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:18-cv-0024 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| WARREN, et al., | |
| Defendants. | |

    Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion asking that he be permitted to appear remotely at trial. A trial date has not yet been set in this matter and, in light of the ongoing Covid-19 pandemic, it is not clear when trial will be set. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to appear remotely at trial (ECF No. 58) is denied without prejudice to renewal after a trial date is set.

Dated: April 13, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr0024.rem