MARK RANDALL VELASQUEZ, Bar No. 246732
Mark.Velasquez@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall
Suite 1700
Sacramento, California 95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendants
Corporal Woodman, Sargent Melgarejo, Corporal Berlier, and Lieutenant Bouldin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>    Plaintiff,<br><br>  v.<br><br>WARREN, ET. AL.,<br><br>    Defendants. | Case No. 2:18-CV-00024-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR CONTINUANCE OF COURT ORDERED SETTLEMENT DEADLINE**<br><br>Hearing Date:  March 14, 2022<br>Time:  10:30 a.m. |

Defendants CORPORAL WOODMAN, SARGENT MELGAREJO, CORPORAL BERLIER, AND LIEUTENANT BOULDIN ("Defendants") filed a request for continuance of court ordered settlement deadline. Defendants requested an additional ninety (90) days to submit the appropriate dismissal documents in accordance with the Minute Order for Settlement Conference proceedings held on March 14, 2022. Good cause showing, IT IS HEREBY ORDERED that:

1. Defendants' Request for Continuance of Court Ordered Settlement Deadline is granted; and

2. Defendants are granted an additional ninety (90) days from June 10, 2022 to submit the appropriate dismissal documents.

Dated: June 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE