UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARREN, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0024 TLN CKD P<br><br><br><br>ORDER |

　　　Plaintiff has filed a motion seeking enforcement of the settlement agreement reached in this action.  Good cause appearing, IT IS HEREBY ORDERED that defendants file a response to the motion within 21 days.  Plaintiff may file a reply within 14 days of service of the response.

Dated:  June 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
corr0024.mte