UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>        Plaintiff,<br><br>   v.<br><br>WARREN, et al.,<br><br>        Defendants. | No. 2:18-cv-0024 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file a reply to defendants' response to plaintiff's motion for enforcement of a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 79) is granted; and

2. Plaintiff is granted 30 days within which to file a reply brief concerning his motion for enforcement of a settlement agreement.

Dated: July 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
corr0024.36

1